**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Louis T. Cervantes, | ) | No. CV 04-1004-PHX-PGR (MEA) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Richard Pratt, et al., | ) | |
| Defendants. | ) | |

Currently pending before the Court is the Plaintiff's Motion to Proceed Before a United States District Judge (Doc. 86), which this Court construes as a motion seeking to have the reference of this matter to the Magistrate Judge withdrawn. However, after reviewing the motion the Court concludes that good cause has not been shown as to why the Plaintiff cannot proceed before United States Magistrate Judge Mark E. Aspey. Accordingly,

IT IS ORDERED that the Plaintiff's Motion to Proceed Before a United States District Judge (Doc. 86) is DENIED.

DATED this 1st day of November, 2005.

Paul G. Rosenblatt
United States District Judge