**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Louis T. Cervantes, | ) | No. CV 04-1004-PHX-PGR (MEA) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Richard Pratt, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the Plaintiff's Motion Seeking this Court to Review Rule 60(b) Motion Pending Appeal (Doc. 157). The Plaintiff's motion was filed in response to this Court's January 11, 2006 Order (Doc. 156) denying his Rule 60(b) motion for lack of subject matter jurisdiction. The Plaintiff then followed the proper procedure by asking this Court whether it wishes to entertain such a motion. See Williams v. Woodford, 384 F.3d 567, 586 (9th Cir. 2004). However, the Court declines to entertain the Plaintiff's Rule 60(b) motion due, in part, to the current appeal to the Ninth Circuit. Therefore,

IT IS ORDERED that the Plaintiff's motion (Doc. 157) is DENIED.

DATED this 3rd day of February, 2006.

Paul G. Rosenblatt
United States District Judge