**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Louis T. Cervantes, | ) | No. CV04-1004-PHX-SRB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Richard Pratt, et al., | ) | |
| Defendants. | ) | |

After this case was remanded by the Ninth Circuit Court of Appeals, the Court held a status conference at which time Plaintiff stated his intention to file an amended complaint. The Court advised that Plaintiff would have to file a motion to amend so that Defendants could respond.  Plaintiff filed a Motion to Amend which was denied on August 20, 2007. In its order of denial the Court stated that the only matters that would be tried were the claims for retaliation and excessive force presently framed in the existing amended complaint (doc. 237).  Despite the Court's language  Plaintiff filed another Motion for Leave to File an Amended Complaint on October 12, 2007, seeking to add numerous parties and numerous claims.  Defendants responded in opposition.  On January 7, 2008, the Magistrate Judge issued a Report and Recommendation recommending that the Motion to Amend be denied.

On January 28, 2008, Plaintiff filed an objection to the Magistrate's Report and Recommendation and request for oral argument.  The objections will be overruled. Oral argument is denied.

2em

Although the Magistrate Judge clearly articulated the reasons for the denial of the Motion to Amend and the reasons why the existing amended complaint cannot be expanded as requested by Plaintiff, Plaintiff's objections do not address these concerns but instead accuse the Magistrate Judge of being biased and prejudiced. This objection is yet another example of the excessive and frivolous nature of Plaintiff's pleadings.  The Court notes that the objections are 14 pages long and contain approximately 50 pages of attachments.

As the Court previously noted this case will be tried based on the amended complaint and the matters remaining after the Court of Appeals' decision.  The only issues that are before the Court and will be tried are the claims that Defendant Karkhoff used excessive force against Plaintiff and Plaintiff's claim of retaliation alleging the withholding of pain medication and medical care.  No other claims will be considered.  No other Motions to Amend may be filed.

IT IS ORDERED overruling the objections to the Magistrate Judge's Report and Recommendation.

IT IS FURTHER ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.  (Doc. 312).

IT IS FURTHER ORDERED that Plaintiff's Motion to Amend is denied. (Doc. 268).

IT IS FURTHER ORDERED that Plaintiff may not file any other Motions to Amend the Complaint.


DATED this 6th day of February, 2008.


_____
Susan R. Bolton
United States District Judge